| | |
|---|---|
| Margaret C. Weamer | Brad M. Johnston *(pro hac vice)* |
| Amy C. McNulty | SIMONS HALL JOHNSTON PC |
| TARLOW STONECIPHER | 690 Sierra Rose Drive |
| WEAMER & KELLY, PLLC | Reno, NV 89511 |
| 1705 West College Street | *-and-* |
| Bozeman, MT 59715-4913 | 22 State Route 208 |
| Telephone: (406) 586-9714 | Yerington, NV 89447 |
| Facsimile: (406) 586-9720 | Telephone: (775) 463-9500 |
| mweamer@lawmt.com | Facsimile: (775) 463-4023 |
| amcnulty@lawmt.com | bjohnston@shjnevada.com |

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| CHASE WHEELER, | CASE NO. <u>CV-23-69-BU-DLC</u> |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |
| POLYMER80, INC., | |
| Defendant. | |

    Attorneys Margaret C. Weamer, Amy C. McNulty and the law firm of Tarlow Stonecipher Weamer & Kelly, PLLC, respectfully move the Court for leave to withdraw as counsel of record for Defendant Polymer80, Inc. This Motion is provided to the Court pursuant to D. Mont. L.R. 83.3(b)(1).

Withdrawing counsel states, pursuant to D. Mont. L.R. 83.3(b)(2), that the name and address of the client is:

Polymer80, Inc.
134 Lake Boulevard
Dayton, NV 89403

Withdrawing counsel further states that, pursuant to D. Mont. L.R. 83.3(b)(2)(A), the client has consented to counsel's withdrawal as evidenced by the attached document, signed by the attorney and the client and acknowledging the client's obligation to immediately retain new local counsel.

Pursuant to D. Mont. L.R. 7.1(c)(1), Plaintiff's counsel has been contacted and does not oppose this motion.

This motion is accompanied by a proposed order.

DATED this 8th day of April, 2024.

        TARLOW STONECIPHER
        WEAMER & KELLY, PLLC

        /s/ *Margaret C. Weamer*
        Margaret C. Weamer
        Amy C. McNulty
        1705 West College Street
        Bozeman, MT 59715
        (406) 586-9714
        mweamer@lawmt.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2024, a true and correct copy of this document was served on the following person(s) by:

| | |
|---|---|
| __1, 2__ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk of U.S. District Court

2. Bridget W. leFeber
   Berg Lilly, P.C.
   One West Main Street
   Bozeman, MT  59715
   bridgetl@berglawfirm.com

                                             /s/ *Margaret C. Weamer*
                                             Margaret C. Weamer