IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHASE WHEELER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>POLYMER80, INC.,<br><br>　　　　Defendant. | CV 23–69–BU–DLC<br><br><br>ORDER |

Before the Court is Defendant's Unopposed Motion for Leave to Withdrawal of Counsel. (Doc. 17.) Through the Motion, Defendant requests leave for the withdrawal of Tarlow Stonecipher Weamer & Kelly, PLLC and its attorneys Margaret C. Weamer and Amy C. McNulty. (*Id.* at 1.) Defendant consents to the withdrawal and acknowledges that he is obligated to immediately retain new counsel or appear pro se. (Doc. 17-1 at 1.) Plaintiff does not object. (Doc. 17 at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 17) is GRANTED. Attorneys Margaret C. Weamer and Amy C. McNulty are withdrawn from the above-captioned matter.

DATED this 9th day of April, 2024.

1

Dana L. Christensen, District Judge
United States District Court