Dylan L. Gallagher, Esq.
Joel E. Silverman, Esq.
Silverman Law Office, PLLC
2620 Colonial Drive, Suite A
P.O. Box 4423
Helena, MT 59604
Phone: (406) 449-4829
dylan@mttaxlaw.com
joel@mttaxlaw.com
audrey@mttaxlaw.com (paralegal)
*Attorneys for Defendant, Polymer80, Inc.*

Brad M. Johnston (*pro hac vice*)
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
*-and-*
22 State Route 208
Yerington, NV 89447
Phone: (775) 463-9500
Fax: (775) 463-4023

## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| CHASE WHEELER,<br><br>Plaintiff,<br><br>vs.<br><br>POLYMER80, INC.,<br><br>Defendant. | CV-23-69-BU-DLC<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given that Dylan L. Gallagher and Joel E. Silverman of Silverman Law Office, PLLC, P.O. Box 4423, Helena, MT 59604, appear as counsel of record on behalf of Defendant, Polymer80, Inc. in the above-referenced matter. On April 9, 2024, Margaret C. Weamer and Amy C. McNulty of Tarlow Stonecipher Weamer & Kelly, PLLC, were granted leave to withdraw as counsel of record.

The undersigned assumes all duties as local counsel, including the oversight duties of Brad M. Johnston who is appearing in this matter *pro hoc vice* pursuant to L.R. 83.1(d)

All future correspondence and filings related to this matter should be directed to:

Dylan L. Gallagher, Esq./Joel E. Silverman, Esq.
Silverman Law Office, PLLC
P.O. Box 4423
Helena, MT 59604-4423

Respectfully submitted this 22nd day of April, 2024.

SILVERMAN LAW OFFICE, PLLC

By: *Dylan L. Gallagher*
Dylan L. Gallagher
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, a true and correct copy of this document was served on the following person(s) by:

| | |
|---|---|
| __1, 2__ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk of U.S. District Court

2. Bridget W. leFeber
   Berg Lilly, P.C.
   One West Main Street
   Bozeman, MT 59715
   bridgetl@berglaw.com

*Audrey J. Kelly*
Audrey J. Kelly, Paralegal