Dylan L. Gallagher, Esq.
Joel E. Silverman, Esq.
Silverman Law Office, PLLC
2620 Colonial Drive, Suite A
P.O. Box 4423
Helena, MT 59604
Phone: (406) 449-4829
dylan@mttaxlaw.com
joel@mttaxlaw.com
audrey@mttaxlaw.com (paralegal)
*Attorneys for Defendant, Polymer80, Inc.*

Brad M. Johnston (*pro hac vice*)
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
-and-
22 State Route 208
Yerington, NV 89447
Phone: (775) 463-9500
Fax: (775) 463-4023

**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| CHASE WHEELER,<br><br>Plaintiff,<br><br>vs.<br><br>POLYMER80, INC.,<br><br>Defendant. | CV-23-69-BU-DLC<br><br>**NOTICE OF SERVICE OF DEFENDANT'S RESPONSES TO DISCOVERY REQUESTS** |

Please be advised the undersigned certifies that *Defendant's Responses to Discovery Requests* was served upon the Plaintiff as follows:

1. Bridget W. leFeber
   Berg Lilly, P.C.
   One West Main Street
   Bozeman, MT 59715
   bridgetl@berglaw.com

by sending a copy via electronic mail and/or depositing a copy thereof in the United States mail at Helena, Montana on the 22nd day of April, 2024, enclosed in an envelope addressed to the above-named person at the address set forth above, postage prepaid by U.S. First Class mail.

    Dated this 22nd day of April 2024.

                                          SILVERMAN LAW OFFICE, PLLC

                                  By: *Dylan L. Gallagher*
                                          Dylan L. Gallagher
                                          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, a true and correct copy of this document was served on the following person(s) by:

| | |
|---|---|
|   1, 2   | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

2. Clerk of U.S. District Court

3. Bridget W. leFeber
   Berg Lilly, P.C.
   One West Main Street
   Bozeman, MT 59715
   bridgetl@berglaw.com

*Audrey J. Kelly*
Audrey J. Kelly, Paralegal