Bridget W. leFeber
Berg Lilly, PC
One West Main Street
Bozeman, MT 59715
406-587-3181 – telephone
406-587-3240 – facsimile
bridgetlefeber@berglawfirm.com
Attorney for Chase Wheeler

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| CHASE WHEELER, | ) | CV- 2:23-CV-00069 BMM |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| POLYMER80, INC., | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

  Plaintiff Chase Wheeler, hereby gives notice that the parties have reached a settlement in the above-captioned matter.

/ / /

/ / /

1

The parties will file the appropriate dismissal documents with the Court after the settlement has been finalized.

DATED this 20th day of September, 2024.

        BERG LILLY, PC

    By: */s/ Bridget W. leFeber*
        BRIDGET W. LEFEBER
        *Attorney for Chase Wheeler*