IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHASE WHEELER,<br><br>Plaintiff,<br><br>vs.<br><br>POLYMER80, INC.,<br><br>Defendant. | CV 23–69–BU–DLC<br><br><br><br>ORDER |

Before the Court is the Parties' Stipulated Motion for Dismissal with Prejudice. (Doc. 23.) Upon review of the Stipulation and for good cause shown,

IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney fees and costs.

DATED this 25th day of November, 2024.

_____
Dana L. Christensen, District Judge
United States District Court